# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129541

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

    SC: 129541
    COA: 262882
    Isabella CC: 03-000719-FC

ADAM ALLEN COURSER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would hold this case in abeyance for *People v Drohan*, lv gtd 472 Mich 881 (2005).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005               _____

p1219                                      Clerk